# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr377

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| EDWARD D. LATTEN, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a letter sent to chambers by defendant, complaining that the United States Attorney has continued his SRV hearing twice. Defendant should, however, be aware that it is the court that continues matters and that the court did so based, in part, on good reasons provided by his own counsel. Finally, defendant is advised that the filing of pro se letters with court is inappropriate as any request for relief must come from counsel. L.Crim.R. 47.1(H).

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from the court in his letter (#16), such relief is **DENIED** in accordance with L.Crim.R. 47.1(H).

Signed: August 28, 2012

Max O. Cogburn Jr.
United States District Judge